UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSTAR DBS CORPORATION, ECHOSTAR SATELLITE LLC; and ECHOSTAR TECHNOLOGIES CORPORATION, <br><br> Defendants. | Case No.   C06-05033 MJJ <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: N/A <br> Time: N/A <br> Courtroom 11 <br><br> Hon. Martin J. Jenkins |

   WHEREAS, under the Court's current Scheduling Order, the Case Management Conference in this action is currently set for January 2, 2007;

   WHEREAS, lead counsel for Defendants will be out of the country until January 11, 2007, and at a hearing in Auburn, California on January 16, 2007, and will therefore be unavailable to attend the Case Management Conference;

   WHEREAS, Plaintiff does not object to rescheduling the Case Management Conference;

   NOW, THEREFORE, Defendants, by and through their counsel of record, hereby request that the Case Management Conference, currently set for January 2, 2007, be rescheduled to January 23, 2007, at 2:00pm, or such date thereafter as is available on the Court's calendar. Plaintiff does not object to this request.

| | | |
|---|---|---|
| 1 | Dated: December 8, 2006 | Respectfully submitted, |
| 2 | | |
| 3 | | By:   s/ Emily A. Evans |
| 4 | |       Emily A. Evans |
| 5 | | HAROLD J. McELHINNY<br>MORRISON & FOERSTER LLP |
| 6 | | 425 Market Street<br>San Francisco, California 94105-2482 |
| 7 | | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| 8 | | HMcElhinny@mofo.com |
| 9 | | EMILY A. EVANS<br>MORRISON & FOERSTER LLP |
| 10 | | 755 Page Mill Road<br>Palo Alto, California 94304-1018 |
| 11 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 12 | | EEvans@mofo.com |
| 13 | | Attorneys for Defendants<br>ECHOSTAR COMMUNICATIONS |
| 14 | | CORPORATION,<br>ECHOSTAR DBS CORPORATION, |
| 15 | | ECHOSTAR SATELLITE LLC and<br>ECHOSTAR TECHNOLOGIES |
| 16 | | CORPORATION |
| 17 | Dated: December 8, 2006 | Respectfully submitted, |
| 18 | | |
| 19 | | By:   s/ Michael A. Sauer |
| 20 | |       Michael A. Sauer |
| 21 | | GEORGE TACTICOS<br>MORGAN & FINNEGAN, LLP |
| 22 | | 44 Montgomery Street, Suite 2550<br>San Francisco, California 94104 |
| 23 | | Phone: (415) 318-8800<br>Fax: (415) 676-5816 |
| 24 | | gtacticos@morganfinnegan.com |

STIPULATED REQUEST AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE
C06-05033 MJJ
sf-2235554

2

| | |
|---|---|
| 1 | MICHAEL A. SAUER |
| | MORGAN & FINNEGAN, LLP |
| 2 | 3 World Financial Center |
| | New York, NY 10281-2101 |
| 3 | Phone: (212) 415-8700 |
| | Fax: (212) 415-8701 |
| 4 | msauer@morganfinnegan.com |
| 5 | Attorney for Plaintiff |
| | TRANS VIDEO ELECTRONICS, LTD. |

7   I, EMILY A. EVANS, am the ECF user whose ID and password are being used to file this

8  STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE

9  MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest

10 that MICHAEL A. SAUER has concurred in this filing.

11 Dated: December 8, 2006                HAROLD J. MCELHINNY
                                          EMILY A. EVANS
12                                        MORRISON & FOERSTER LLP

14                                        By:   s/ Emily A. Evans
                                                Emily A. Evans

16                                        Attorneys for Defendants
                                          ECHOSTAR COMMUNICATIONS
17                                        CORPORATION,
                                          ECHOSTAR DBS CORPORATION,
18                                        ECHOSTAR SATELLITE LLC, AND
                                          ECHOSTAR TECHNOLOGIES
19                                        CORPORATION

STIPULATED REQUEST AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE
C06-05033 MJJ
sf-2235554

3

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For good cause shown, and upon stipulation of the parties, the Case Management |
| 3 | Conference, currently set for January 2, 2007, is hereby rescheduled to February 20, 2007, at |
| 4 | 2:00pm. The parties shall meet and confer and submit to the Court a joint case management |
| 5 | statement pursuant to Civil L.R. 16-9 at least 10 days before the Case Management Conference. |
| 7 | **IT IS SO ORDERED.** |
| 9 | Dated: December 14, 2006 |

_____
The Honorable Martin J. Jenkins
United States District Judge

STIPULATED REQUEST AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE
C06-05033 MJJ
sf-2235554

4