| | |
|---|---|
| JOHN F. SWEENEY (*pro hac vice*) <br> MICHAEL A. SAUER (*pro hac vice*) <br> jsweeney@morganfinnegan.com <br> msauer@morganfinnegant.com <br> MORGAN & FINNEGAN, LLP <br> 3 World Financial Center <br> New York, NY 10281-2101 <br> Telephone: 212-415-8700 <br> Facsimile: 212-415-8701 | GEORGE TACTICOS (State Bar No. 60089) <br> gtacticos@morganfinnegan.com <br> MORGAN & FINNEGAN, LLP <br> 44 Montgomery Street <br> Suite 2550 <br> San Francisco, CA 94104 <br> Telephone No.: (415) 318-8800 <br> Facsimile No.: (415) 676-5816 |

Attorneys for Plaintiff
TRANS VIDEO ELECTRONICS, LTD.

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> HMcElhinny@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA 94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 | EMILY A. EVANS (CA SBN 164147) <br> EEvans@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 PAGE MILL ROAD <br> PALO ALTO, CALIFORNIA 94304-1018 <br> Telephone: 650.813.5600 <br> Facsimile: 650.494.0792 |

Attorneys for Defendants
ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSTAR DBS CORPORATION, ECHOSTAR SATELLITE LLC, AND ECHOSTAR TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSTAR DBS CORPORATION, ECHOSTAR SATELLITE LLC; and ECHOSTAR TECHNOLOGIES CORPORATION, <br><br> Defendants. | Case No. C06-05033 MJJ <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANTS' PRELIMINARY INVALIDITY CONTENTIONS AND DOCUMENT PRODUCTION ON INVALIDITY** <br><br> DATE: N/A <br> TIME: N/A <br> COURTROOM 11 <br><br> Hon. Martin J. Jenkins |

1   WHEREAS, under the Court's Scheduling Order, the deadline for service of Defendants'
2   Preliminary Invalidity Contentions and Document Production on Invalidity is currently set for
3   April 20, 2007;
4   WHEREAS, pursuant to the Court's Scheduling Order, the parties to this action
5   participated in a mediation before the Honorable Edward A. Infante on April 17, 2007, at which
6   the parties discussed potential settlement opportunities that would fully and finally resolve the
7   issues in this litigation;
8   WHEREAS, the parties desire to have additional time to explore these settlement options
9   without incurring the cost of additional filings or document production;
10  WHEREAS, the Plaintiff does not object to extending the deadline for service of
11  Defendants' Preliminary Invalidity Contentions and Document Production on Invalidity,
12  WHEREAS, extending the deadline for Defendants' Preliminary Invalidity Contentions
13  and Document Production on Invalidity will not otherwise affect the schedule in this case,
14  WHEREAS, the parties in this action have only requested one previous extension of time,
15  which was related to Defendants' request to continue the Case Management Conference (*see*
16  Docket No. 17);
17  NOW, THEREFORE, the parties, through their counsel of record, hereby request that the
18  deadline for service of Defendants' Preliminary Invalidity Contentions and Document Production
19  on Invalidity, currently set for April 20, 2007, be rescheduled to April 27, 2007.
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO CONTINUE DATE FOR INVALIDITY CONTENTIONS AND DOCUMENTS
CASE NO.: C06-05033 MJJ
pa-1149372

2

# ORDER

For good cause shown, and upon stipulation of the parties, the deadline for service of Defendants' Preliminary Invalidity Contentions and Document Production on Invalidity, currently set for April 20, 2007, is hereby extended to April 27, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 24, 2007

_____
The Honorable Martin J. Jenkins
United States District Judge

Respectfully submitted,

Dated: April 20, 2007        MORRISON & FOERSTER LLP

By: s/ Emily A. Evans
EMILY A. EVANS
Attorneys for Defendants
ECHOSTAR COMMUNICATIONS CORPORATION,
ECHOSTAR DBS CORPORATION,
ECHOSTAR SATELLITE LLC and
ECHOSTAR TECHNOLOGIES CORPORATION

Dated: April 20, 2007        MORGAN & FINNEGAN, LLP

By: s/ John F. Sweeney
JOHN F. SWEENEY
Attorneys for Plaintiff
TRANS VIDEO, ELECTRONICS, LTD.

I, EMILY A. EVANS, am the ECF user whose ID and password are being used to file this STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE DATE FOR DEFENDANTS' PRELIMINARY INVALIDITY CONTENTIONS AND DOCUMENT PRODUCTION ON INVALIDITY. In compliance with General Order 45, X.B., I hereby attest that JOHN F. SWEENEY has concurred in this filing.

Dated: April 20, 2007           HAROLD J. MCELHINNY
                                EMILY A. EVANS
                                MORRISON & FOERSTER LLP


                           By:  s/ Emily A. Evans
                                Emily A. Evans

                                Attorneys for Defendants
                                ECHOSTAR COMMUNICATIONS CORPORATION,
                                ECHOSTAR DBS CORPORATION,
                                ECHOSTAR SATELLITE LLC, AND
                                ECHOSTAR TECHNOLOGIES CORPORATION

Case 3:06-cv-05033-MJJ Document 234 Filed 04/20/2007 Page 4 of 4