JOHN F. SWEENEY (*pro hac vice*)
MICHAEL A. SAUER (*pro hac vice*)
jsweeney@morganfinnegan.com
msauer@morganfinnegan.com
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701

GEORGE TACTICOS (State Bar No. 60089)
gtacticos@morganfinnegan.com
MORGAN & FINNEGAN, LLP
44 Montgomery Street
Suite 2550
San Francisco, CA 94104
Telephone No.: (415) 318-8800
Facsimile No.: (415) 676-5816

Attorneys for Plaintiff
TRANS VIDEO ELECTRONICS, LTD.

HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

EMILY A. EVANS (CA SBN 164147)
EEvans@mofo.com
MORRISON & FOERSTER LLP
755 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
ECHOSTAR COMMUNICATIONS
CORPORATION, ECHOSTAR DBS
CORPORATION, ECHOSTAR SATELLITE
LLC, AND ECHOSTAR TECHNOLOGIES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSTAR DBS CORPORATION, ECHOSTAR SATELLITE LLC; and ECHOSTAR TECHNOLOGIES CORPORATION, <br><br> Defendants. | Case No.   C06-05033 MJJ <br><br> **STIPULATION OF DISMISSAL OF ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSTAR DBS CORPORATION, ECHOSTAR SATELLITE LLC, AND ECHOSTAR TECHNOLOGIES CORPORATION WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties to this action, namely Trans Video Electronics LTD. ("Trans Video") and Defendants EchoStar Communications Corporation, EchoStar DBS Corporation, EchoStar Satellite LLC; and EchoStar Technologies Corporation ("EchoStar") (collectively "the Settling Parties"), without any admission by any party of liability or fault, through their respective counsel have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the confidential "License and Settlement Agreement" to fully and finally resolve all matters relating to this action without trial;

WHEREAS a confidential "License and Settlement Agreement," effective as of __May 14__, 2007, this Stipulation, and the proposed order of dismissal in this action do not constitute any evidence against or admission by any Settling Party regarding any issue of fact or law;

WHEREAS the License and Settlement Agreement covers all the claims in this action;

WHEREAS the Settling Parties agree to pay their own attorney fees and costs; and

WHEREAS there are no further issues for the Court to resolve;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. That the claims of the above-captioned action filed by Plaintiff Trans Video, and the counterclaims asserted by Defendant EchoStar, shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

2. All parties shall bear their own costs.

3. Each of the Settling Parties waives any right to appeal from the Stipulation of Dismissal of EchoStar Communications Corporation, EchoStar DBS Corporation, EchoStar Satellite LLC, and EchoStar Technologies Corporation With Prejudice.

| | | | |
|---|---|---|---|
| Dated: | June 4, 2007 | By: | /s/ Michael A. Sauer |

JOHN F. SWEENEY (*pro hac vice*)
MICHAEL A. SAUER (*pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101

GEORGE TACTICOS
MORGAN & FINNEGAN, LLP
44 Montgomery Street
Suite 2550
San Francisco, CA 94104

Attorneys for Plaintiff
TRANS VIDEO ELECTRONICS, LTD.

| | | | |
|---|---|---|---|
| Dated: | June 4, 2007 | By: | /s/ Harold J. McElhinny |

Harold J. McElhinny
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

Emily A. Evans
MORRISON & FOERSTER LLP
755 Page Mill Rd.
Palo Alto, California 94304-1018

Attorneys for Defendants
ECHOSTAR COMMUNICATIONS
CORPORATION, ECHOSTAR DBS
CORPORATION, ECHOSTAR SATELLITE LLC,
AND ECHOSTAR TECHNOLOGIES
CORPORATION

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION
11

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., | Case No.   C06-05033 MJJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER DISMISSING DEFENDANTS ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSTAR DBS CORPORATION, ECHOSTAR SATELLITE LLC, AND ECHOSTAR TECHNOLOGIES CORPORATION WITH PREJUDICE |
| ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSTAR DBS CORPORATION, ECHOSTAR SATELLITE LLC; and ECHOSTAR TECHNOLOGIES CORPORATION, | |
| Defendants. | |

pa-1149895

**ORDER**

THIS CAUSE COMING TO BE HEARD on the Stipulation of Dismissal of EchoStar Communications Corporation, EchoStar DBS Corporation, EchoStar Satellite LLC; and EchoStar Technologies Corporation With Prejudice, due notice having been given, and the Court having been fully advised:

This case is dismissed as to all Defendants, namely ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSTAR DBS CORPORATION, ECHOSTAR SATELLITE LLC; and ECHOSTAR TECHNOLOGIES CORPORATION, with prejudice, and without attorney fees or costs to any party.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/12, 2007

*/s/ Martin J. Jenkins*
The Honorable Martin J. Jenkins
United States District Judge

1065793 v1

pa-1149895

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     I, MICHAEL A. SAUER, am the ECF user whose ID and password are being used to file this STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING DEFENDANTS.  In compliance with General Order 45, X.B., I hereby attest that HAROLD J. McELHINNY has concurred in this filing.

Dated:  June 4, 2007

MICHAEL A. SAUER
JOHN F. SWEENEY
GEORGE TACTICOS
MORGAN & FINNEGAN, LLP

By: /s/ Michael Sauer
Michael A. Sauer

Attorneys for Plaintiff
TRANS VIDEO ELECTRONICS, LTD.